■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERNESTO HERNANDEZ, Appellant.— Judgment of the Supreme Court, Kings County, rendered March 4, 1966, modified, on the law and the facts, by reducing the sentence imposed from a term of 2½ to 5 years to a term of 2½ to 3 years. As so modified, judgment affirmed. The colloquy between the court and appellant at the time of plea indicates that appellant was promised a sentence of 2½ to 3 years (cf. *People* v. *Farina,* 2 A D 2d 776, affd. 2 N Y 2d 454). Beldock, P. J., Christ, Rabin, Benjamin and Martuscello, JJ., concur.